FOLGER LEVIN & KAHN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

NEAL, GERBER & EISENBERG LLP
H. Nicholas Berberian (*pro hac vice* to be filed, nberberian@ngelaw.com)
Michael P. Manly (*pro hac vice* to be filed, mmanly@ngelaw.com)
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

Attorneys for Defendants
Northern Trust Corporation,
Northern Trust Bank of California N.A., and
Northern Trust Securities, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOEL LEE,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTHERN TRUST CORPORATION, a Delaware Corporation; NORTHERN TRUST BANK OF CALIFORNIA N.A., a nationally chartered commercial bank; NORTHERN TRUST SECURITIES, INC., a Delaware Corporation,<br><br>  Defendant. | Case No. CV-09-3716<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING**<br><br>Complaint Filed:   August 12, 2009<br>CMC Date:            November 20, 2009<br><br>Dept.:     Courtroom A, 15th Floor<br>Judge:    The Honorable Joseph C. Spero |

Plaintiff NOEL LEE ("Plaintiff") and Defendants NORTHERN TRUST CORPORATION, NORTHERN TRUST BANK OF CALIFORNIA, N.A., and NORTHERN TRUST SECURITIES, INC. ("Defendants"), by an through their attorneys of record, hereby stipulate as follows:

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION & [PROPOSED] ORDER EXTENDING
TIME TO FILE A RESPONSIVE PLEADING; CASE
NO. CV-09-3716

1. Plaintiff filed the Complaint in the above-captioned action on August 13, 2009. Defendants' current deadline for filing a responsive pleading is October 19, 2009.

2. The parties have agreed and hereby stipulate that Defendants may have until November 2, 2009, to file a responsive pleading. This is the first extension of time granted to Defendants.

3. This extension of time will not alter the date of any event or deadline already fixed by Court order.

Dated: October 14, 2009                FOLGER LEVIN & KAHN LLP


                                       By: /s/ Jiyun Cameron Lee
                                       Attorneys for Defendants
                                       Northern Trust Corporation, Northern
                                       Trust Bank of California, N.A., and
                                       Northern Trust Securities, Inc.

Dated: October 14, 2009                CARROLL, BURDICK & MCDONOUGH LLP


                                       By: /s/ Erik Morrison
                                       Attorneys for Plaintiff
                                       NOEL LEE


Pursuant to General Order 45(X), I hereby attest that the signatories above have concurred in the filing of this document.

                                       /s/ Jiyun Cameron Lee


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: October  15 , 2009              _____
                                       The Honorable Joseph C. Spero

70017\7001\669576.1